Ann-Martha Andrews
Nevada Bar No. 007585
Kristina N. Holmstrom
Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Canada Life
Assurance Company of America*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Richard Mecall, DDS,<br><br>    Plaintiff,<br><br>vs.<br><br>Canada Life Assurance Company of America; Does I through V inclusive; and Roes I through V, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-00648-APG-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

  Plaintiff Richard Mecall, DDS and defendant Canada Life Assurance Company of America hereby stipulate and request the Court to extend Canada Life's deadline to answer or otherwise respond to Mecall's Complaint by 30 days, from May 8, 2018 through and including June 7, 2018. The defendant requested the stipulation, and the plaintiff agreed, in order to provide defense counsel sufficient time to obtain and review the file, prepare a responsive pleading, and consult with her client before the deadline.

  The parties certify that this stipulation was done in good faith and not for the purposes of delay.

  Dated this 3rd day of May 2018.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Julie A. Mersch<br>Julie A. Mersch<br>Nevada Bar No. 004695<br>701 South 7th Street<br>Las Vegas, NV 89101<br>Telephone: 702.387.5868<br>Fax: 702.387.0109<br>jam@merschlaw.com<br><br>*Attorneys for Plaintiff Richard Mecall, DDS* | By: /s/ Ann-Martha Andrews<br>Ann-Martha Andrews<br>Nevada Bar No. 007585<br>Kristina N. Holmstrom<br>Nevada Bar No. 010086<br>Esplanade Center III, Suite 800<br>2415 East Camelback Road<br>Phoenix, AZ 85016<br>Telephone: 602.778.3700<br>Fax: 602.778.3750<br>ann.andrews@ogletree.com<br>kristina.holmstrom@ogletree.com<br><br>*Attorneys for Defendant Canada Life Assurance Company of America* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 4, 2018 _____

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

> Julie A. Mersch, Esq.
> Law Office of Julie A. Mersch
> 701 South 7th Street
> Las Vegas, NV 89101

Pursuant to Fed. R. Civ. P. 5(b), I hereby further certify that service of Stipulation to Extend Time to Respond to Complaint was also made by depositing a copy for mailing, first class mail, postage prepaid, at Las Vegas, Nevada to the following:

DATED this 3rd day of May 2018.

/s/ Diane M. Kelly
An Employee of Ogletree, Deakins,
Nash, Smoak & Stewart, P.C.

33953105.1