Ann-Martha Andrews
Nevada Bar No. 007585
Kristina N. Holmstrom
Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone:  602.778.3700
Fax:  602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Canada Life Assurance Company of America*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Richard Mecall, DDS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Canada Life Assurance Company of America; Does I through V inclusive; and Roes I through V, inclusive,<br><br>                    Defendants. | Case No.:  2:18-cv-00648-APG-VCF<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

In accordance with LRCiv 7.1-1, attorney of record for defendant Canada Life Assurance Company of America states that the following entity may have a direct, pecuniary interest in the outcome of this case:  Swiss Re Life & Health America Inc. ("Swiss Re").  Swiss Re has assumed financial and administrative responsibility for the Crown Life Insurance Company individual disability income business nominally owned by Canada Life and Canada Life's ultimate parent, Great-West Life Insurance Company.  None of the entities named above are publicly traded companies.

These representations are made to enable judges of this Court to evaluate possible disqualification or recusal.

Dated this 21st day of June 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Ann-Martha Andrews*
　　Ann-Martha Andrews
　　Nevada Bar No. 007585
　　Kristina N. Holmstrom
　　Nevada Bar No. 010086
　　3800 Howard Hughes Parkway
　　Suite 1500
　　Las Vegas, NV 89169
　　Telephone:  602.778.3700
　　Fax:  602.778.3750
　　ann.andrews@ogletree.com
　　kristina.holmstrom@ogletree.com

*Attorneys for Defendant Canada Life Assurance Company of America*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

>Julie A. Mersch, Esq.
>Law Office of Julie A. Mersch
>701 South 7th Street
>Las Vegas, NV 89101

DATED this 21st day of June 2018.

>/s/ Elizabeth Linville
>An Employee of Ogletree, Deakins,
>Nash, Smoak & Stewart, P.C.

34381034.1