Julie A. Mersch, SBN 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com

*Attorney for Plaintiff Richard Mecall, DDS*

Ann-Martha Andrews, SBN 012616
Kristina N. Holmstrom, SBN 023384
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Ann.Andrews@Ogletree.com
Kristina.Holmstron@Ogletree.com

*Attorneys for Defendant Canada Life
Assurance Company of America*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Richard Mecall, DDS,<br><br>Plaintiff,<br><br>vs.<br><br>Canada Life Assurance Company of America; Does I through V inclusive; and Roes I through V, inclusive,<br><br>Defendant. | No. 2:18-cv-00648-APG-VCF<br><br>**STIPULATION TO EXTEND**<br><br>**ORDER** |

Plaintiff Richard Mecall, DDS and defendant Canada Life Assurance Company of America hereby stipulate and request the Court to extend Canada Life's deadline to file its reply in support of its motion for summary judgment by eight days, from September 10, 2019, to and including September 18, 2019. The defendant requested the extension, and

the plaintiff agreed, to accommodate defense counsel's schedule and allow additional time to prepare the reply as counsel is currently preparing for trial in another matter.

The parties do not anticipate that the requested extension will affect any other deadlines. The parties state that the extension is requested in good faith, and not for purposes of delay.

DATED this 3rd day of September, 2019.

| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ Julie A. Mersch<br>Julie A. Mersch<br>Nevada Bar No. 004695<br>1100 E. Bridger Ave.<br>Las Vegas, NV 89101<br>Telephone: 702.387.5868<br>Fax: 702.387.0109<br>jam@merschlaw.com<br><br>*Attorneys for Plaintiff Richard Mecall, DDS* | By: /s/ Ann-Martha Andrews<br>Ann-Martha Andrews<br>Nevada Bar No. 007585<br>Kristina N. Holmstrom<br>Nevada Bar No. 010086<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 602.778.3700<br>Fax: 602.778.3750<br>ann.andrews@ogletree.com<br>kristina.holmstrom@ogletree.com<br><br>*Attorneys for Defendant Canada Life Assurance Company of America* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 4, 2019.