Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Richard Mecall, DDS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD MECALL, DDS<br><br>Plaintiff,<br><br>vs.<br><br>CANADA LIFE ASSURANCE COMPANY OF AMERICA; DOES I through V inclusive; and ROES I through V, inclusive, | CASE NO.: 2:18-cv-00648-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff RICHARD MECALL, DDS and Defendant CANADA LIFE ASSURANCE COMPANY OF AMERICA hereby stipulate and request the Court to extend the deadline for both parties to file oppositions to the opponent's dispositive motions by two (2) weeks, to January 13, 2020 (current deadline is December 30, 2019). The plaintiff requested this short extension, and the defendant agreed, due to scheduling conflicts related to the Christmas and New Year holidays.

The parties state that the extension is requested in good faith, and not for purposes of delay.

DATED: December 16, 2019        LAW OFFICE OF JULIE A. MERSCH

**IT IS SO ORDERED.**

By:    /s/ Julie A. Mersch
          Julie A. Mersch, Esq.
          jam@merschlaw.com
          Nevada Bar No.: 004695
          1100 E. Bridger Ave.
          Las Vegas, NV 89101
          *Attorney for Plaintiff Richard Mecall*

_____
United States District Judge
Dated: 12/16/2019

1

| | | |
|---|---|---|
| DATED: December 16, 2019 | | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

By:   /s/  Ann-Martha Andrews
      Ann-Martha Andrews, Esq.
      ann.andrews@ogletree.com
      Kristina N. Holmstrom, Esq.
      kristina.holmstrom@ogletree.com
      3800 Howard Hughes Pkwy., Ste. 1500
      Las Vegas, NV 89169
      *Attorneys for Defendant CANADA LIFE ASSURANCE COMPANY OF AMERICA*

**IT IS SO ORDERED:**

Dated this ____ day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2