Ann-Martha Andrews, SBN 012616
Kristina N. Holmstrom, SBN 023384
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Ann.Andrews@Ogletree.com
Kristina.Holmstron@Ogletree.com

*Attorneys for Defendant Canada Life*
*Assurance Company of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Richard Mecall, DDS,<br><br>Plaintiff,<br><br>vs.<br><br>Canada Life Assurance Company of America; Does I through V inclusive; and Roes I through V, inclusive,<br><br>Defendant. | No. 2:18-cv-00648-APG-VCF<br><br>**STIPULATION TO EXTEND DEADLINES FOR RESPONSES TO SUMMARY JUDGMENT MOTIONS**<br><br>**(Second Request)**<br><br>**ORDER** |

Plaintiff Richard Mecall, DDS and defendant Canada Life Assurance Company of America hereby stipulate and request the Court to extend the deadline for both parties to file their responsive briefs to the opponent's summary judgment motions by eight days, from January 13, 2020 to and including January 21, 2020. The defendant requested the extension, and the plaintiff agreed, to accommodate defense counsel's workload and travel schedule.

The parties state that the extension is requested in good faith, and not for purposes of delay.

DATED this 8th day of January 2020.  **IT IS SO ORDERED.**

_____ 01/09/2020
U.S. District Judge

| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ Julie A. Mersch<br>Julie A. Mersch<br>Nevada Bar No. 004695<br>1100 E. Bridger Ave.<br>Las Vegas, NV 89101<br>Telephone: 702.387.5868<br>Fax: 702.387.0109<br>jam@merschlaw.com<br><br>*Attorneys for Plaintiff Richard Mecall, DDS* | By: /s/ Ann-Martha Andrews<br>Ann-Martha Andrews<br>Nevada Bar No. 007585<br>Kristina N. Holmstrom<br>Nevada Bar No. 010086<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 602.778.3700<br>Fax: 602.778.3750<br>ann.andrews@ogletree.com<br>kristina.holmstrom@ogletree.com<br><br>*Attorneys for Defendant Canada Life Assurance Company of America* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: _____