Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Richard Mecall, DDS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD MECALL, DDS<br><br>Plaintiff,<br><br>vs.<br><br>CANADA LIFE ASSURANCE COMPANY OF AMERICA; DOES I through V inclusive; and ROES I through V, inclusive, | CASE NO.: 2:18-cv-00648-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |

Plaintiff RICHARD MECALL, DDS and Defendant CANADA LIFE ASSURANCE COMPANY OF AMERICA hereby stipulate and request the Court to extend the deadline for both parties to file oppositions to the opponent's dispositive motions by six (6) days, to January 27, 2020 (current deadline is January 21, 2020). The plaintiff requested this short extension, and the defendant agreed, due to Plaintiff's scheduling conflicts and the federal holiday on January 20th.

The parties state that the extension is requested in good faith, and not for purposes of delay. The parties have a mediation set for March 5, 2020 at JAMS and intend to have their

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

1

briefing on the motions complete before that date.

DATED: January 20, 2020   LAW OFFICE OF JULIE A. MERSCH

By: /s/ Julie A. Mersch
Julie A. Mersch, Esq.
jam@merschlaw.com
Nevada Bar No.: 004695
1100 E. Bridger Ave.
Las Vegas, NV 89101
*Attorney for Plaintiff Richard Mecall*

DATED: January 20, 2020   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Ann-Martha Andrews
Ann-Martha Andrews, Esq.
ann.andrews@ogletree.com
Kristina N. Holmstrom, Esq.
kristina.holmstrom@ogletree.com
3800 Howard Hughes Pkwy., Ste. 1500
Las Vegas, NV 89169
*Attorneys for Defendant CANADA LIFE ASSURANCE COMPANY OF AMERICA*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE
Dated: January 21, 2020.