Ann-Martha Andrews, SBN 012616
Kristina N. Holmstrom, SBN 023384
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Ann.Andrews@Ogletree.com
Kristina.Holmstron@Ogletree.com

*Attorneys for Defendant Canada Life
Assurance Company of America*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Richard Mecall, DDS,<br><br>Plaintiff,<br><br>vs.<br><br>Canada Life Assurance Company of America; Does I through V inclusive; and Roes I through V, inclusive,<br><br>Defendant. | No. 2:18-cv-00648-APG-VCF<br><br>**STIPULATION TO EXTEND DEADLINES FOR REPLIES TO SUMMARY JUDGMENT MOTIONS**<br><br>**(First Request)**<br><br>**ORDER** |

Plaintiff Richard Mecall, DDS and defendant Canada Life Assurance Company of America hereby stipulate and request the Court to extend the deadline for both parties to file their reply briefs in support of their summary judgment motions until February 28, 2020. The parties filed their response briefs on Monday, January 27, 2020. The defendant requested the extension, and the plaintiff agreed, to accommodate defense counsel's circumstances. Counsel for defendant is out with the flu and is unsure of her return date.

The parties state that the extension is requested in good faith, and not for purposes of delay.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
January 30, 2020.

DATED this 29th day of January, 2020.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Julie A. Mersch<br>Julie A. Mersch<br>Nevada Bar No. 004695<br>1100 E. Bridger Ave.<br>Las Vegas, NV 89101<br>Telephone: 702.387.5868<br>Fax: 702.387.0109<br>jam@merschlaw.com<br><br>*Attorneys for Plaintiff Richard Mecall, DDS* | By: /s/ Ann-Martha Andrews<br>Ann-Martha Andrews<br>Nevada Bar No. 007585<br>Kristina N. Holmstrom<br>Nevada Bar No. 010086<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 602.778.3700<br>Fax: 602.778.3750<br>ann.andrews@ogletree.com<br>kristina.holmstrom@ogletree.com<br><br>*Attorneys for Defendant Canada Life Assurance Company of America* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: _____

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016