# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MECALL, | Case No.: 2:18-cv-00648-APG-VCF |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 27, 36, 37] |
| CANADA LIFE ASSURANCE COMPANY OF AMERICA, | |
| Defendant | |

In light of the parties' notice of settlement (ECF No. 53),

I ORDER that the pending motions **(ECF Nos. 27, 36, 37) are DENIED as moot**.

DATED this 9th day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE